**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00226-CV**
_____

**FEDERAL NATIONAL MORTGAGE ASSOCIATION, Appellant**

**V.**

**JANET SHERWOOD AND SCOTT STOVER, Appellees**

**On Appeal from the 1A District Court**
**Tyler County, Texas**
**Trial Cause No. 24,277**

**MEMORANDUM OPINION**

Appellant Federal National Mortgage Association filed a motion to dismiss this appeal. This motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

PER CURIAM

1

Submitted on August 12, 2020
Opinion Delivered August 13, 2020

Before McKeithen, C.J., Horton and Johnson, JJ.